# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KENNAN EASLEY,                :   No. 290 WAL 2016
:
         Petitioner        :
:   Petition for Allowance of Appeal from
:   the **Unpublished Memorandum**
        v.                :   **Opinion and Order** of the
:   Commonwealth Court at No. 2237 CD
:   2015 entered on June 23, 2016,
PENNSYLVANIA BOARD OF     :   **affirming** the Order Dated of the Board
PROBATION AND PAROLE,      :   of Probation & Parole at Nos. JY-8670
:   and Parole No. 256-GA entered on
        Respondent     :   October 16, 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2017, the Petition for Allowance of Appeal is

**GRANTED,** the Order of the Commonwealth Court is **VACATED**, and this matter is

**REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v.*

*Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047 (Pa. filed

April 26, 2017).